UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:09-CR-181 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| CRYSTAL DAVIS ) | |
| ) | |

**ORDER**

On August 5, 2010, United States Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation ("R&R") recommending (a) the Court accept Defendant's plea of guilty to the lesser included offense in Count One of the Indictment, conspiracy to distribute and manufacture methamphetamine in violation of 21 USC §§ 846, 841(a)(1) and (b)(1)(B), in exchange for the undertakings made by the government in the written plea agreement; (b) the Court adjudicate Defendant guilty of the charges set forth in the lesser included offense in Count One of the Indictment; (c) that a decision on whether to accept the plea agreement be deferred until sentencing; and (d) Defendant remain on bond pending sentencing (Court File No. 684). Neither party filed an objection within the given fourteen days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to the lesser included offense in Count One of the Indictment, in exchange for the undertakings made by the government in the written plea agreement, is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in the lesser included

offense in Count One of the Indictment;

    (3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

    (4) Defendant **SHALL REMAIN ON BOND** pending sentencing on **Thursday, December 2, 2010, at 2:00 p.m**.

**SO ORDERED.**

**ENTER:**

                                          **/s/**
                                          **CURTIS L. COLLIER**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**